UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DEVON T. WHITE,

Plaintiff,

v.

GAVIN NEWSOM, *et al.*,

Defendants.

Case No.  2:25-cv-3394-TLN-JDP (P)

FINDINGS AND RECOMMENDATIONS

On April 28, 2026, I recommended this section 1983 action be dismissed because the relief requested could only be pursued in a habeas petition.  ECF No. 19.  On May 6, 2026, plaintiff filed a motion for temporary restraining order and preliminary injunction seeking a court order directing his custodians to "cease and desist unlawfully detaining plaintiff beyond [his] lawful and court-ordered release date."  ECF No. 20 at 2.  This motion should be denied.

As I explained in my previous findings and recommendations, this form of relief is not available in this section 1983 suit and, therefore, it is not available to him as preliminary injunctive relief in the same action.  Additionally, plaintiff's motion is inadequately supported. To obtain a preliminary injunction, he must show "that he is likely to succeed on the merits, that he is likely to suffer irreparable harm in the absence of preliminary relief, that the balance of equities tips in his favor, and that an injunction is in the public interest."  *Winter v. NRDC, Inc.*,

1

555 U.S. 7, 20 (2008). Here, plaintiff cannot, for the reasons stated in my previous findings and recommendations, show that he is likely to succeed on the merits.

Accordingly, I hereby RECOMMEND that plaintiff's motion for temporary restraining order and preliminary injunction, ECF No. 20, be DENIED.

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days of service of these findings and recommendations, any party may file written objections with the court and serve a copy on all parties. Any such document should be captioned "Objections to Magistrate Judge's Findings and Recommendations," and any response shall be served and filed within fourteen days of service of the objections. The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order. *See Turner v. Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

IT IS SO ORDERED.

Dated:    May 7, 2026    _____

JEREMY D. PETERSON
UNITED STATES MAGISTRATE JUDGE