UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DEVON T. WHITE,

Plaintiff,

v.

GAVIN NEWSOM, et al.,

Defendants.

No. 2:25-cv-3394-TLN-JDP

**ORDER**

Plaintiff, a state prisoner proceeding pro se, filed this civil rights action seeking relief under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On April 28, 2026, the magistrate judge filed findings and recommendations, recommending that this action be dismissed without leave to amend.  (ECF No. 19.)  Those recommendations were served on Plaintiff and contained notice to Plaintiff that any objections to the findings and recommendations were to be filed within fourteen days.  (ECF No. 21.)  Plaintiff filed objections to the findings and recommendations which this Court has considered.[1]

---

[1]    Also pending are the magistrate judge's findings and recommendations that Plaintiff's motion for temporary restraining order and preliminary injunction be denied.  (ECF No. 21.)  Plaintiff objected to these findings and recommendations.  (ECF No. 23.)  In light of the Court's finding that the complaint should be dismissed without leave to amend, Plaintiff's motion is denied.

1

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a *de novo* review of this case. Having carefully reviewed the entire file, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The findings and recommendations filed April 28, 2026 (ECF No. 19) are ADOPTED in full;

2.    The second amended complaint (ECF No. 18) is DISMISSED without leave to amend for failure to state a cognizable claim;

3.    Plaintiff's motion for temporary restraining order and preliminary injunction (ECF No. 20) is DENIED; and

4.    The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Date: July 6, 2026

_____
TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE